ORDER:
Motion granted. The ICMC is reset for October 12, 2011, at 10:30 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ORANEFO OKOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-0731 |
| ) | Judge Sharp |
| METROPOLITAN GOVERNMENT OF ) | Magistrate Judge Knowles |
| NASHVILLE/DAVIDSON COUNTY, ) | |
| TENNESSEE; ) | JURY DEMAND |
| CHIEF OF POLICE RONAL SERPAS, ) | |
| Individually and in his former official ) | |
| capacity as Polic Chief; ) | |
| POLICE OFFICER MICHAEL ) | |
| GALLAGHER, Individually and in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Defendant Michael Gallagher respectfully moves the Court for an order continuing the case management conference heretofore scheduled to be held on September 26, 2011. In support of the motion, he states that his undersigned attorney is scheduled to begin a jury trial in Magistrate Judge Knowles's court on the morning of September 27, 2011. The undersigned believes that opposing counsel do not object to a short continuance.

/s/ John M. L. Brown
**JOHN M. L. BROWN (#5438)**
Attorney for Defendant Gallagher
222 Second Avenue North, Suite 312
Nashville, Tennessee 37201
615-242-3348
johnmlbrown@aol.com